**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

```
LARRY K. CARTER,              )  NO. ED CV 13-1607-JAK(E)
                              )
          Petitioner,         )
                              )
     v.                       )       JUDGMENT
                              )
MARTIN D. BITER,              )
                              )
          Respondents.        )
                              )
_____)
```

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: February 21, 2014.

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE